IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                      CHAPTER 13 CASE
                                                                        NO. 13-81139-WRS

JACQUETTA PORTER,
XXX-XX-6225

    Debtor.

**AMENDED**
**TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Curtis C. Reding, Chapter 13 Standing Trustee for this district, by and through the undersigned counsel, and moves this Honorable Court to dismiss the above-styled case and with a bar to refiling, and as grounds states as follows:

1. On or about August 12, 2013, debtor filed for relief under Chapter 13.

2. The debtor's petition reflected that she was employed by "H&JP Enterprises, Inc., 1908 Manchester Expwy, Columbus, GA 31904," and her occupation was "administration."

3. On or about November 26, 2013, debtor's attorney requested an income withholding order be issued to "H&JP Enterprises, Inc., 3002 Warm Springs Road, Columbus, GA 31909 and on December 5, 2013, an income withholding order was issued to said employer to withhold $481.00 biweekly.

4. Four checks issued by "H & JP Enterprises, Inc." were posted 11/19/13, 12/3/13 and 1/14/14 at $960.00 each with the last check posted on 2/20/14 at $962.00 being returned as nonsufficient funds.

5. On June 24, 2014, Trustee filed the motion to dismiss for debtor's failure to pay pursuant to the plan. Debtor's filed response on July 3, 2014, stated

debtor became unemployed but was now employed and that debtor had made two payments.

6. Trustee states that debtor's stamped signature appeared on each instrument of H & JP Enterprises, Inc., and debtor was in fact a principal in the business where she used to be "employed" but actually that she owned (debtor is listed as the CEO).

7. Trustee states that debtor's stamped signature was on the nonsufficient funds check issued February 14, 2014 (ck#12471) which posted on February 20, 2014, and was never made good.

8. Trustee states that although debtor's response to the motion to dismiss avers that two payments have been made, no further payments have been made since the nonsufficient funds check posted on February 20, 2014.

9. The hearing on the motion to dismiss was continued from August 20, 2014, to October 22, 2014, at 1:30 pm.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to dismiss the debtor's case for failing to make plan payments pursuant to the plan, being deceptive in the fact that she owned the business she listed as her employer, and not making good a nonsufficient funds check. Trustee further requests the case be dismissed with prejudice and with a bar to refiling.

Respectfully submitted this 10th day of September 2014.

            Curtis C. Reding
            Standing Chapter 13 Trustee

      By:  /s/  Sabrina L. McKinney
            Sabrina L. McKinney
            Staff Attorney

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing AMENDED TRUSTEE'S MOTION TO DISMISS has been served on the parties listed below either by electronic filing or by placing same in the U.S. Mail, first-class postage prepaid and properly addressed, this 10th day of September 2014.

                                        /s/ Sabrina L. McKinney

Jacquetta Porter
M. Joanne Camp *(electronic filing)*