UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 13-81139-WRS
                                                             Chapter 13
JACQUETTA PORTER,

    Debtor

## ORDER DISMISSING CHAPTER 13 CASE
## WITH TWO-YEAR INJUNCTION AGAINST REFILING

This Chapter 13 case came before the Court for hearing on October 22, 2014, on the Trustee's Motion to Dismiss (Doc. 33) and his Amended Motion to Dismiss (Doc. 38). The Debtor did not appear at the hearing. For the reasons set forth by the Chapter 13 Trustee, the Court finds that this case was filed in bad faith.

ORDERED, that this case is DISMISSED WITH A TWO-YEAR INJUNCTION AGAINST REFILING UNDER ANY CHAPTER OF THE BANKRUPTCY CODE.

Done this 24th day of October, 2014.

                /s/ William R. Sawyer
                United States Bankruptcy Judge

c: Jacquetta Porter
   M. Joanne Camp, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors